UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER MODGLING,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; and DOES I through X, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-01986-APG-PAL<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Defendant Progressive removed this case to federal court on July 20, 2017. Plaintiff Modgling subsequently moved to remand the case, asserting that "most of the contract claim alleged in the Complaint has been satisfied and the Plaintiff's intention is to leave this in arbitration and seek up to the cap of $50,000 in extra contractual damages." ECF No. 7 at 2. Modgling further admits that "the amount being sought is not in excess of the $75,000 jurisdictional threshold." *Id.* Progressive does not oppose remand based upon Modgling's admission that the amount at issue does not exceed this court's jurisdictional amount. ECF No. 10.[1] Therefore, this court does not have diversity jurisdiction over this case.

IT IS THEREFORE ORDERED that the plaintiff's motion to remand **(ECF No. 7) is GRANTED**. The case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

Dated: August 4, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] It is unclear, and seemingly unjustified, why Modgling's counsel refused Progressive's stipulation to remand. ECF No. 10-1.